IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| EDMUND ANTHONY PORRATA | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 9:16cv126 |
| BRAD LIVINGSTON | § | |

ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Edmund Anthony Porrata, proceeding *pro se*, filed the above-styled civil rights lawsuit. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The Magistrate Judge submitted a Report and Recommendation of United States Magistrate Judge recommending this matter be dismissed for failure to state a claim upon which relief may be granted.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections to the Report and Recommendation were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

So **ORDERED** and **SIGNED** this **14** day of **July, 2018.**

_____
Ron Clark, United States District Judge